**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**At Kansas City, Kansas**

JAMES B. RINEHART

        Plaintiff,

vs.

SAINT LUKE'S SOUTH HOSPITAL, INC.,
d/b/a SAINT LUKE'S HEALTH SYSTEM,

[Serve Registered Agent:
    Kathy Howell
    12300 Metcalf Avenue
    Overland Park, KS 66213]

And

SAINT LUKE'S HEALTH SYSTEM, INC.

[Serve Registered Agent:
    Robert Bonney
    11522 Carter
    Overland Park, KS 63210]


        Defendants.

**"JURY TRIAL DEMANDED"**

Case No: 10-CV-2209 SAC/KGS

Division

---

## CLASS ACTION PETITION FOR DAMAGES

Plaintiff, James B. Rinehart, on behalf of himself and all others similarly situated, alleges and avers the following for this class action against Defendants:

## INTRODUCTION AND BACKGROUND

1.    This action is brought by the Plaintiff on behalf of himself and others similarly situated to remedy unlawful, unfair, and predatory service and billing practices of the Defendants.

1

2.     Defendants Saint Luke's South Hospital, Inc. and Saint Luke's Health System, Inc. (referred to collectively throughout this Petition as "Saint Luke's") are Kansas non-profit, tax exempt entities in the business of providing health care services and include the following entities:

Anderson County Hospital, 521 S. Maple, Garnett, KS 66032;

Cushing Memorial Hospital, 711 Marshall, Leavenworth, KS 66048; and

Saint Luke's South, 12300 Metcalf Avenue, Overland Park, KS 66213.

3.     Saint Luke's, as described in detail below, routinely subverts the financial interests of its patients for its own benefit and profit through unlawful and predatory billing practices.

4.     Upon information and belief, Saint Luke's screens all patients and makes an initial determination regarding the reason for treatment and whether there may be "third-party recovery" to pay for such treatment (i.e., an injury auto accident).

5.     If the patient is identified as one whose health expenses may be eligible for third-party recovery, Saint Luke's will refuse to submit that patient's medical bills to said patient's health insurance provider. *See Exhibit 1 – Documenting Plaintiff's bill for treatment at Saint Luke's was turned over to collection agency for recovery after Saint. Luke's refused to submit the bill to Plaintiff's health insurance provider.*

6.     Upon information and belief, Saint Luke's employs this business model under the belief that if it "holds out" on submitting the medical bills to the patient's health insurance carrier, some third-party may become obligated for the medical bills and Saint Luke's will receive a higher reimbursement rate thereby increasing the hospital's profit margin.

7.     In the meantime, while refusing to turn medical bills over to the patients' health

2

insurance in order to increase its profits, Saint Luke's routinely pursues payment for the medical bills from those same patients. Saint Luke's does so by, among other things, demanding cash payment directly from the patients, turning said patients over to collection agencies, and by reporting said patients to credit bureaus thereby impairing the patients' credit score.

8.      Saint Luke's pursues such course of conduct despite the patients' having health insurance and being entitled to have their health care expenses, which were incurred at Saint Luke's, to be submitted to their health insurance for payment.

9.      Such patients are unable to submit their medical bills directly to their health insurance as Saint Luke's is the entity responsible for such submission. Saint Luke's is the only entity in possession of the information required to make such a submission, and Saint Luke's is the entity that has a contract with the health insurance company for a reduced compensation for treating patients with health insurance (i.e. provider contracts).

10.     By employing such a policy and business model, Saint Luke's has unlawfully violated the rights of Plaintiff and the Class members as described more particularly below.

11.     Further, such conduct of Saint Luke's, and its agents for which it is responsible, is outrageous, intentional, willful, wanton, and malicious, and otherwise shows a complete indifference to or conscious disregard of the rights of Plaintiff and the Class members such that punitive damages are appropriate and warranted.

## JURISDICTION AND VENUE

12.     Jurisdiction is proper in this county pursuant to 28 U.S.C. 1332(d) of the Class Action Fairness Act of 2005. Plaintiff and each member of the putative class have suffered aggregate damages exceeding five million dollars ($5,000,000.00), exclusive of interest and costs. There are members of the class who are citizens of a different state than the St. Luke's

Defendants.

13.     Venue is proper in this judicial district, pursuant to 28 U.S.C. §1391(a) because Plaintiff resides in this judicial district and a substantial part of the events giving rise to the claims at issue herein arose in this district.

## PARTIES

### Plaintiff

14.     Plaintiff James B. Rinehart currently resides in Overland Park, Johnson County, Kansas.  Plaintiff sought treatment at Saint Luke's Hospital South in Johnson County, Kansas between December 2, 2005 and July 14, 2006, and incurred medical bills related to said treatment.

### Defendants

15.     Defendant Saint Luke's South Hospital, Inc., is a non-profit, tax exempt Kansas corporation with its principal place of business at 12300 Metcalf Avenue, Overland Park, Kansas 66213.

16.     Defendant Saint Luke's Hospital of Kansas City is a non-profit, tax exempt corporation organized under the laws of the State of Missouri with its principal place of business at 4401 Wornall Road, Kansas City, Missouri 64111.  Upon information and belief, the Patient Accounts Department at defendant Saint Luke's Hospital of Kansas City was responsible for filing Notice of Hospital Liens at the direction and on behalf of all the hospitals within the Saint Luke's Health System including, without limitation, Saint Luke's South Hospital, Inc.

17.     Upon information and belief, Saint Luke's Health System is a fictitious corporation organized under the laws of the State of Missouri.  Saint Luke's Health System is a not-for-profit health system that includes eleven (11) hospitals and several physician practices in

4

the metropolitan Kansas City area including, without limitation, Saint Luke's Hospital of Kansas City and Saint Luke's South Hospital, Inc.

18.     Defendants are referred to collectively throughout the Petition as "Saint Luke's.

## ALLEGATIONS COMMON TO ALL COUNTS

19.     On or about December 2, 2005, Plaintiff James B. Rinehart presented to Defendant Saint Luke's South Hospital for emergency medical services as a result of an automobile accident.

20.     At the time of treatment, Plaintiff provided his health insurance card and information to Saint Luke's for payment of medical services.

21.     At the time of treatment, Plaintiff had valid health insurance coverage with United Health Care Choice Plus (PPO). *See Exhibit 2 – Plaintiff's bills indicating Saint Luke's knowledge of Plaintiff's insurance coverage).*

22.     Plaintiff received treatment from Saint Luke's between December 2, 2005 and July 14, 2006.  Plaintiff incurred various medical bills for the treatment he received at Saint Luke's South Hospital, Inc.  Liens filed on behalf of Saint Luke's South Hospital, Inc. total $11,413.65.

23.     Despite repeated requests from Plaintiff, Saint Luke's refused to submit Plaintiff's bill for medical services to Plaintiff's health insurance provider for payment.  Upon information and belief, Saint Luke's did so after categorizing Plaintiff's medical billings as "third-party recovery," meaning that Saint Luke's believed that some other entity might eventually become obligated for Plaintiff's medical bills (such as, an auto insurance carrier).

24.     Upon information and belief, Plaintiff's medical bills would have been paid had they been submitted to Plaintiff's health insurance for payment.  In fact, the medical bills that

Plaintiff incurred from Saint Luke's Medical Group that concurrently treated Plaintiff's injuries between December of 2005 and November of 2007, were submitted by that group to Plaintiff's health insurance and such bills were paid by Plaintiff's health insurance carrier.

25.     Saint Luke's initially informed Plaintiff that his medical bills would be submitted to his health insurance carrier for payment, but then refused to do so. *See Exhibit 3, December 15, 2005 letter from Saint Luke's stating that bills would be submitted to UHC CHOICE PLUS, Plaintiff's health insurance carrier.*

26.     . Instead of turning Plaintiff's bills for medical services over to Plaintiff's health insurance provider for payment, Saint Luke's sought collection of Plaintiff's account by asserting liens in the amount of $2,563.65 "under the provisions of the Kansas Hospital Law" and in the amount of $8,850.00 under the Missouri Hospital Law, RSMO §403.235, against Plaintiff and Plaintiff's potential third party automobile accident claim. *See Exhibit 4, Hospital Lien notices filed by Saint Luke's.*

27.     Saint Luke's subsequently turned Plaintiff's bill for medical services provided at Saint Luke's South over to a collection agency, Venture Financial Services, Inc. of Raytown Missouri and, upon information and belief, reported the account negatively on Plaintiff's credit. *See Exhibit 5, Venture Financial Services, Inc. October 11, 2007 notice of attempt to collect a debt on behalf of Saint Luke's South.*

28.     At all relevant times herein, Venture Financial Services, Inc. was the actual and/or apparent agent of Saint Luke's and was acting within the scope of its actual and our apparent agency in attempting to collect from Plaintiff the unpaid Saint Luke's South medical bill.

29.     On November 23, 2009 Plaintiff paid Venture Financial Services, Inc. $3,500.00 to satisfy the Saint Luke's South Hospital Liens, Reference Numbers 061400799J and

061501455J.  *See Exhibit 6, Venture Financial Services Acknowledgment letter.*

## CLASS ACTION ALLEGATIONS

30.    This action is brought as a plaintiff class pursuant to Federal Rule of Civil Procedure 23.  Plaintiff brings this action on his own behalf and all others similarly situated, as representative of the following class.

> All individuals who, since September 6, 2003, received any type of healthcare treatment from any entity located in Kansas that is owned or affiliated with Saint Luke's Health System, while being covered by valid health insurance, and whose health insurance claim resulting from that treatment was not submitted to their health insurance carrier for potential payment.

31.    The particular members of the class are capable of being described without difficult managerial or administrative problems.   The members of the Class are readily identifiable from the information and records in the possession or control of Saint Luke's.

32.    The Class consists of hundreds and perhaps thousands of individual members and is, therefore, so numerous that individual joinder of all members is impractical.

33.    There are questions of law and fact common to the Class, which questions predominate over any questions affecting only individual members of the Class and, in fact, the wrongs suffered and remedies sought by Plaintiff and the other members of the Class are premised upon an unlawful scheme perpetuated uniformly upon all the Class members.  The only material difference between the Class members' claims is the exact monetary amount to which each member of the Class is entitled.   The principal common issues include, but are certainly not limited to the following:

(a)    Whether Saint Luke's entered into express and/or implied agreements with various health insurance carriers providing, among other things, that health insurance claims should be promptly submitted to the carriers for payment;

7

(b)     Whether Plaintiff and absent Class members are express and/or implied intended third party beneficiaries to any such agreements between Saint Luke's and said health insurance carriers;

(c)     Whether Saint Luke's employs a policy and business model of refusing to submit otherwise valid health insurance claims in order to increase Saint Luke's profit or for financial gain;

(d)     Whether Saint Luke's unlawfully refused to submit the Plaintiff's and the Class members' medical bills to Plaintiff's and the Class members' health insurance carriers for payment;

(e)     Whether Saint Luke's profited by refusing to submit said medical bills to said health insurance carriers for payment;

(f)     Whether Saint Luke's utilized aggressive and unfair collection practices to collect medical payments from the Plaintiff and the Class despite that Saint Luke's had not even attempted to seek payment of said medical bills from the Plaintiff's and the Class member's health insurance carriers;

(g)     Whether Saint Luke's violated the Kansas Consumer Protection Act through the above described misconduct;

(h)     Whether Saint Luke's has tortuously interfered with Plaintiff's and the Class members' express or implied contracts with their health insurance carriers;

(i)     Whether Saint Luke's should be enjoined from continuing its unfair, discriminatory, and abusive conduct.

34.     Plaintiff's claims are typical of those of the Class and are based on the same legal and factual theories.

8

35.     Plaintiff will fairly and adequately represent and protect the interests of the members of the Class.  Plaintiff has no claims antagonistic to those of the Class.  Plaintiff has retained competent counsel with experience in complex class actions that are committed to the vigorous prosecution of this action.

36.     Certification of a plaintiff class is appropriate in that Plaintiff and the Class Members seek monetary damages, common questions predominate over any individual questions, and a plaintiff class action is superior for the fair and efficient adjudication of this controversy.  A plaintiff class action will cause an orderly and expeditious administration of the Class members' claims and economies of time, effort and expense will be fostered and uniformity of decisions will be ensured.  Moreover, the individual class members are unlikely to be aware of their rights and are not in a position (either through experience or financially) to commence individual litigation against the likes of the Defendants.

37.     Alternatively, certification of a plaintiff class is appropriate in that inconsistent or varying adjudications with respect to individual members of the Class would establish incompatible standards of conduct for the defendants or adjudications with respect to individual members of the Class as a practical matter would be dispositive of the interests of the other members not parties to the adjudications or would substantially impair or impede their ability to protect their interests.


## COUNT I
### (Violation of the Kansas Consumer Protection Act)

38.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

39.     Plaintiff and all other similarly situated Class Members are consumers within the meaning of the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq*.  K.S.A. § 50-626 prohibits the use of any "deceptive act or practice in connection with a consumer transaction".

40.     Under the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq*., Saint Luke's had a statutory duty to refrain from unfair and/or deceptive acts or practices in the provision of, and billing for, medical services and products.

41.     Saint Luke's engaged in unlawful and deceptive practices including, but not limited to, the use of deception, fraud, false pretense, false promise, misrepresentation, unfair practice and/or the concealment, suppression, and omission of material facts in connection with the sale and/or provision of medical services and/or products in the State of Kansas, in violation of the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq*.

42.     Plaintiff and other similarly situated Class Members purchased medical products and services from Saint Luke's for personal purposes, and have suffered and continue to suffer an ascertainable loss as a direct and proximate result of Saint Luke's use of, or employment of, a billing practice that is unfair and/or deceptive under the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq*.

43.     As a direct and proximate result of Saint Luke's violations of the Kansas Consumer Protection Act, K.S.A. § 50-623, *et seq*., Plaintiff and other similarly situated Class Members have sustained economic losses and other damages for which they are entitled to statutory relief, compensatory damages, and declaratory relief according to proof.

44.     The above described billing practices and related misconduct of Saint Luke's violate the Kansas Consumer Protection Act by, among other things, constituting an unfair practice and breach of the duty of good faith as required under the Act.

## COUNT II
### (Tortious Interference With Contract/Business Relationship)

45.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

46.     Plaintiff and the Class members enjoyed a valid business relationship with their own health insurance providers by virtue of an express or implied contract that Plaintiff and each individual Class member had with their health insurance carrier.

47.     Saint Luke's was informed and had actual knowledge of the above described business relationship involving Plaintiff, the Class members, and various health insurance carriers.

48.     Saint Luke's intentionally interfered and prevented Plaintiff and the Class from receiving the benefit of their contractual business relationship.  Saint Luke's did so without justification in a malicious attempt to procure additional monies that it was not entitled to in reckless disregard for the damage and harm such action would have on Plaintiff and the Class.

49.     As a result of Saint Luke's misconduct of intentionally interfering with Plaintiff's and the Class members' business relationships, Plaintiff and the Class have suffered actual damages.

## COUNT III
### (Third Party Breach of Contract)

50.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

51.     Saint Luke's entered into express or implied agreements with various health insurance carriers providing that Saint Luke's would provide care and treatment to insured individuals in exchange for a negotiated fee for service paid by the insurance carrier.

52.     The Plaintiff and the Class are the express and/or implied third party beneficiaries

of Saint Luke's agreements with said health insurance carriers.

53.     Saint Luke's breached the above referenced agreements with said health insurance carriers by intentionally failing and refusing to submit medical bills incurred for health care by insured individuals, including Plaintiff and the Class, for payment.

54.     The aforementioned breach of contract has proximately caused Plaintiff and the Class economic injury and other damages.

**COUNT IV**
**(Injunctive Relief)**

55.     Plaintiff incorporates all preceding paragraphs as though fully set forth herein.

56.     As set forth herein, Saint Luke's has improperly taken the property of Plaintiff and the Class Members for its own pecuniary benefit by purposefully refusing to submit medical claims of Plaintiff and the Class to relevant health insurance carriers.

57.     Upon information and belief, Saint Luke's continues its unlawful practices as enumerated above causing irreparable harm to the Plaintiff and the Class members.

58.     As set forth herein, Plaintiff and the Class have a high probability of success on the merits of this action.

59.     Accordingly, Saint Luke's should be enjoined from continuing to perpetuate its deceptive and unfair billing practices on consumers, such as Plaintiff and the Class, who seek health care services.

**PRAYER FOR DAMAGES AND RELIEF**

WHEREFORE, Plaintiff, on behalf of himself and all members of the Class respectfully prays for judgment against Saint Luke's as follows:

a)     For an order Pursuant to F.R.C.P. 23 certifying that this action may be maintained as a class action and appointing Plaintiff and their counsel, to represent the Class;

b)      For a declaration that Saint Luke's actions violated the Plaintiff's and the Class members' rights under Kansas law as plead in Counts I through IV;

c)      For all actual damages, statutory damages, penalties, and remedies available for Saint Luke's violations of Plaintiff's and the Class members' rights under Kansas law;

d)      For a declaration that Saint Luke's, through its actions and misconduct as alleged above, have been unjustly enriched and an order that Saint Luke's disgorge any unlawfully gained proceeds;

e)      For pre-judgment interest as provided by law;

f)      For post-judgment interest as provided by law;

g)      For a permanent injunction enjoining Defendant from engaging in the unlawful billing practices as enumerated above;

h)      For an award to Plaintiff and the Class of reasonable attorneys' fees;

i)      For an award to Plaintiff and the Class of their costs and expenses of this action;

j)      For such other and further relief as the Court may deem necessary and proper.

## JURY REQUEST

Plaintiff requests a jury, for all issues that may be tried by a jury.

Respectfully Submitted,

SHAMBERG, JOHNSON & BERGMAN, CHTD.

John M. Parisi, KS #14078
                    MO #36422
2600 Grand Blvd., Suite 550
Kansas City, MO  64108
(816) 474-0004
(816) 474-0003 FAX
Jparisi@sjblaw.com

13

**SAXTON LAW FIRM, LLC**
Don P. Saxton, MO#56840
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**BURGESS & LAMB, P.C.**
Mitchell L. Burgess, MO#47524
Keith C. Lamb, MO#56761
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 471-1700
(816) 471-1701 FAX

**RALPH K. PHALEN Atty. at Law**
Ralph K. Phalen, MO#36687
1000 Broadway, Suite 400
Kansas City, Missouri 64105
(816) 589-0753
(816) 471-1701 FAX

**ATTORNEYS FOR PLAINTIFF AND THE CLASS**

**James R. Shetlar**
Licensed in Kansas

### James R. Shetlar
### LAW OFFICES, P.A.
### SANTA FE LAW BUILDING
### 8000 Foster
### OVERLAND PARK, KANSAS 66204-3699
(816) 842-1195
(913) 648-3220
JimShetlar@kc.surewest.net

Fax: (913) 648-3357

Toll Free: (888) 361-0054
voice mail ext.3033

July 29, 2009

Amy Oates/Keith Turner
Venture Financial Services
P. O. Box 16568
Raytown, MO  64133

FAX 816-595-7219

Re:    James R. Rinehart
Ref #1012138
St. Luke's South Medical Bill

Dear Ms. Oates:

I spoke to Keith Turner on July 27, 2009.  I was returning your phone call of Friday.  I had asked for you and I ended up getting him.  I explained that I was the attorney representing James Rinehart and I was returning your phone call.

He indicated that Venture Financial was calling about a hospital lien filed by St. Luke's Hospital.  I explained to Mr. Turner that James Rinehart did have health insurance.  In talking to Mr. Turner, it was United Healthcare.  I indicated this bill should be submitted to United Healthcare.

He indicated that the hospital elected to serve their medical lien against Mr. Rinehart's lawsuit and not pursue his health insurance paying the claim.  I had requested Mr. Turner to send me a letter to that effect and he refused to do the same.  I am therefore setting this out in this letter as I understood the hospital's position. If this is inaccurate, please advise me by fax within five (5) days of this letter.

Sincerely,

James R. Shetlar

James R. Shetlar

JRS/lk
cc:    James Rinehart

## EXHIBIT 1

# Saint Luke's Health System

saintlukeshealthsystem.org

☐ SAINT LUKE'S HOSPITAL OF KANSAS CITY
☐ ~~SAINT~~ LUKE'S NORTHLAND HOSPITAL - BARRY R~
☐ ~~SAINT~~ LUKE'S NORTHLAND HOSPITAL - SMITHVI.
☐ SAINT LUKE'S SOUTH
☐ SAINT LUKE'S EAST - LEE'S SUMMIT
☐ CRITTENTON
☐ THE CANCER INSTITUTE

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D1-CJ | 07/19/06 | 1 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| ~~JA~~MES B RINEHART | 06158-01455 | M | 38Y | 06/06/06 | 07/14/06 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | |
|---|---|---|---|
| ~~0~~0070  AUTO INSURANCE PATIEN | NA | 057270399 | |
| ~~0~~5505  AUTO INSURANCE OTHER | NA | 1007562161 | |
| ~~0~~5430  UHC CHOICE PLUS | 702260 | 861142434 | PAYMENT AMOUNT |

| GUARANTOR NAME AND ADDRESS | |
|---|---|
| JAMES B RINEHART | ☐ MASTERCARD   CARD NO. |
| 15319 CONSER ST | ☐ VISA   EXPIRATION DATE |
| STANLEY KS              66223 | ☐ DISCOVER CARD |
| | SIGNATURE |

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| DATE | ITEM NO. | DESCRIPTION | CLM. CODE | ORDER NO. | QTY. | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 6/07/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 5 | 1 | 111.00 | 111.00 |
| 6/07/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 3 | 1 | 100.00 | 100.00 |
| 6/07/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 4 | 1 | 100.00 | 100.00 |
| 6/08/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 9 | 1 | 111.00 | 111.00 |
| 6/08/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 7 | 1 | 100.00 | 100.00 |
| 6/08/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 8 | 2 | 100.00 | 200.00 |
| 6/13/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 13 | 1 | 111.00 | 111.00 |
| 6/13/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 11 | 1 | 100.00 | 100.00 |
| 6/13/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 12 | 1 | 100.00 | 100.00 |
| 6/15/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 17 | 1 | 111.00 | 111.00 |
| 6/15/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 15 | 2 | 100.00 | 200.00 |
| 6/15/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 16 | 1 | 100.00 | 100.00 |
| 6/20/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 21 | 1 | 111.00 | 111.00 |
| 6/20/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 19 | 1 | 100.00 | 100.00 |
| 6/20/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 20 | 1 | 100.00 | 100.00 |
| 6/27/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 25 | 1 | 111.00 | 111.00 |
| 6/27/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 23 | 1 | 100.00 | 100.00 |
| 6/27/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 24 | 3 | 100.00 | 300.00 |
| 6/30/06 | 1500 | 029 PT ELECTRIC STIM | 420 | 29 | 1 | 111.00 | 111.00 |
| 6/30/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 27 | 2 | 100.00 | 200.00 |
| 6/30/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 28 | 2 | 100.00 | 200.00 |
| 7/05/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 31 | 2 | 100.00 | 200.00 |
| 7/11/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 33 | 2 | 100.00 | 200.00 |
| 7/11/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 34 | 1 | 100.00 | 100.00 |
| 7/14/06 | 540 | 015 PT AT 15 MIN EXERCISE | 420 | 36 | 2 | 100.00 | 200.00 |
| 7/14/06 | 560 | 071 PT AT 15 MIN MANUAL THERAPY | 420 | 37 | 1 | 100.00 | 100.00 |
| | | TOTAL PHYSICAL THERAPY | | | | | 3,577.00 |
| | | | | | | | |
| 6/07/06 | 242 | 009 PT 30 MIN EVALUATION | 424 | 2 | 1 | 207.00 | 207.00 |
| | | TOTAL PHYSICAL THERAPY EVALUATION | | | | | 207.00 |
| | | | | | | | |
| | | TOTAL CHARGES | | | | | 3,784.00 |
| | | | | | | | |
| 6/20/06 | P0003 | 911 PATIENT PAYMENT CREDIT CARD | | | | | -60.00 |
| | | Continued | | | | | |

| PATIENT NUMBER | | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR | |
|---|---|---|---|
| 6158-01455 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ANY CHARGES NOT POSTED WHEN THIS BILL IS PREPARED, OR IF ANY INSURANCE CARRIERS DO NOT PAY ANY AMOUNT OF THE AMOUNTS SHOWN. | TOTAL AMOUNT DUE |

# EXHIBIT 2

~~3M # VE-6160~~   (Rev 01/02)                              PLEASE RETAIN FOR YOUR RECORDS

# Saint Luke's Health System

saintlukeshealthsystem.org

☐ SAINT LUKE'S HOSPITAL OF KANSAS CITY
☐ SAINT LUKE'S NORTHLAND HOSPITAL - BARRY ROAD
☐ SAINT LUKE'S NORTHLAND HOSPITAL - SMITHVILLE
☐ SAINT LUKE'S SOUTH
☐ SAINT LUKE'S EAST - LEE'S SUMMIT
☐ CRITTENTON
☐ THE CANCER INSTITUTE

| TYPE OF BILL | DATE OF BILL | PAGE NO. |
|---|---|---|
| D1-CJ | 07/19/06 | 2 |

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| AMES B RINEHART | 06158-01455 | M | 38Y | 06/06/06 | 07/14/06 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | |
|---|---|---|---|
| 00070 AUTO INSURANCE PATIEN | NA | 057270399 | |
| 05505 AUTO INSURANCE OTHER | NA | 1007562161 | |
| 05430 UHC CHOICE PLUS | 702260 | 861142434 | PAYMENT AMOUNT |

GUARANTOR NAME AND ADDRESS

JAMES B RINEHART
15319 CONSER ST
STANLEY KS        66223

☐ MASTERCARD   CARD NO. |__|__|__|__|__|__|__|__|__|__|
☐ VISA          EXPIRATION DATE _____
☐ DISCOVER CARD
SIGNATURE _____
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| DATE | ITEM NO. | DESCRIPTION | CLM. CODE | ORDER NO. | QTY. | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | | | -60.00 |

| PATIENT NUMBER | | | | TOTAL AMOUNT DUE | 3,724.00 |
|---|---|---|---|---|---|
| 6158-01455 | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL IS PREPARED, OR IF ANY INSURANCE CARRIERS DO NOT PAY ANY AMOUNT OF THE AMOUNTS SHOWN. | | | |

NIF

Saint Luke's South

| ACCOUNT NO. | MR/UNIT # | | CPI # | | ADMIT DATE | ADMIT TIME | DISCHG. DATE | ROOM & BED |
|---|---|---|---|---|---|---|---|---|
| 05336-01736 | J0000072472 | | 01274554 | | 12/02/05 | 2114 | - | - |
| SEX | M/S | RACE | A.D. | SOC. SEC. # | BIRTH DATE | AGE | A/T | A/S | P/T | LOCATION |
| M | M | 1 | N | ▮▮▮-▮▮-6987 | ▮▮-▮▮-68 | 37Y | 1 | 7 | EJ | ERJ |

| PATIENT NAME AND ADDRESS | GUARANTOR NAME AND ADDRESS |
|---|---|
| RINEHART,JAMES B<br>15319 CONSER ST        (913)402-6829<br><br>STANLEY        KS    66223    JOHNS | RINEHART,JAMES B<br>15319 CONSER ST        (913)402-6829<br><br>STANLEY        KS    66223 |

| PATIENT EMPLOYER | GUARANTOR EMPLOYER |
|---|---|
| CORPORATE NETWORK<br>9701 RENNER BLVD STE 230(913)227-6000<br><br>SHAWNEE MISSION    KS    66209    1<br>PROJECT MANAGER | CORPORATE NETWORK<br>9701 RENNER BLVD STE 230(913)227-6000<br><br>SHAWNEE MISSION    KS    66209<br>PROJECT MANA |

| CONTACT/REL. ONE RINEHART,LIBBY D | REL.TWO  NONE,PER PT |
|---|---|
| *SPOUSE        (913)402-6829 | OTHER |

| INSURANCE 1 | INSURANCE 2 |
|---|---|
| UHC CHOICE PLUS            F/C CU<br>PO BOX 30555        D327<br>ATTN CHOICE CLAIMS DEPT(866)844-4864<br>SALT LAKE CITY    UT    84130-0555<br>RINEHART,JAMES B<br>  *PATIENT    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  ID#861142434<br>US CENTRAL        GP# 702260<br>             AP# | <br><br><br><br><br>                              ID#<br>                              GP#<br>                              AP# |

| COMMENT | COMMENT |
|---|---|
|  |  |

| INSURANCE 3 | INSURANCE 4 |
|---|---|
| <br><br><br>                    ID#<br>          GP#<br>          AP# | <br><br><br>                    ID#<br>          GP#<br>          AP# |

| INJ. TYPE | INJ. DATE | INJURY PLACE | | INJURY NATURE | | |
|---|---|---|---|---|---|---|
| 1 | 12/02/05 | 69 HWY AND 151ST ST | | 3 CAR COLLISION | | |

| DEN. | CHURCH | NOTIFY | PREV. VISIT. | EPN NUMBER | LOCATION | MERGE | INIT. |
|---|---|---|---|---|---|---|---|
| PRO | NONE | No | 07/01/05 | | ERJ | | SNE |

| ATTENDING PHYSICIAN  (913)676-2214 | REFERRING PHYSICIAN | PRIMARY CARE PHYSICIAN  (913)517-7990 |
|---|---|---|
| HIGHTOWER,DAVID P | NO,REFERRING DR | BERNARD,JENNIFER |

| CHIEF COMPLAINT | SHARED CARE PHYSICIAN |
|---|---|
| 723.1-CERVICALGIA | NO,REFERRING DR |

847.0
847.1
99284    847.2
846.0

| ADMITTING COMMENTS / PROCEDURES |
|---|
|  |

| DATE | PH. # |
|---|---|
| SPOKE WITH: | ☐ WILL CALL BACK<br>☐ LMTC |
| AUTH. # | LOS/DIS. DATE |

PRINTED:  Fri Dec 02, 2005 2131

ADD'L INSTRUCTIONS        PRINTED BY: A86144
                         DATE      12/5/2005 12X(s32V*0533601736*

A=KS    04

9720604804101

Saint Lukes
Health System

SAINT LUKE'S NORTHLAND HOSPITAL - SMITHVILLE
SAINT LUKE'S SOUTH
SAINT LUKE'S EAST - LEE'S SUMMIT
CRITTENTON
THE CANCER INSTITUTE

saintlukeshealthsystem.org

| | | | | D1-EJ | 12/07/05 | 1 |

| PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| B E RINEHART | | 05336-01736 | M | 37Y | 12/02/05 | 12/02/05 | |

| INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER | |
|---|---|---|---|
| 370 AUTO INSURANCE PATIEN | NA | 505053094 | |
| 430 UHC CHOICE PLUS | 202260 | 861142434 | PAYMENT AMOUNT |

JAMES B RINEHART
15319 CONSER ST
STANLEY KS          66223

☐ MASTERCARD          CARD NO. |_|_|_|_|_|_|_|_|_|_|_|_|_|_|
☐ VISA                EXPIRATION DATE _____
☐ DISCOVER CARD
SIGNATURE _____
PLEASE DETACH AND RETURN THIS PORTION WITH YOUR REMITTANCE

| DATE | ITEM NO. | DESCRIPTION | CLM. CODE | ORDER NO. | QTY. | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 02/05 | 5976 | HYDROCODONE/APAP 5/500 TAB | 250 | 6 | 1 | 16.40 | 16.40 |
| | | TOTAL PHARMACY | | | | | 16.40 |
| 02/05 | 40005 | CT HEAD WO CONTRAST | 351 | 1 | 1 | 1798.00 | 1,798.00 |
| | | TOTAL CT SCAN HEAD | | | | | 1,798.00 |
| 02/05 | 784 | ER VISIT CLASS III N PROC | 450 | 4 | 1 | 651.00 | 651.00 |
| | | TOTAL EMERGENCY ROOM | | | | | 651.00 |
| 02/05 | 9771 | G2 SAT SPOT CHECK OXIMETRY | 460 | 3 | 1 | 87.00 | 87.00 |
| | | TOTAL PULMONARY FUNCTION | | | | | 87.00 |
| 02/05 | 95122 | CYCLOBENZAPRINE 10MG TAB | 637 | 5 | 1 | 11.25 | 11.25 |
| | | TOTAL PHARMACY SELF-ADMINISTERED | | | | | 11.25 |
| | | TOTAL CHARGES | | | | | 2,563.65 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | | | | | 0.00 |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL IS PREPARED, OR IF ANY INSURANCE CARRIERS DO NOT PAY ANY AMOUNT OF THE AMOUNTS SHOWN. | TOTAL AMOUNT DUE | 2,563.65 |
|---|---|---|---|---|
| 5336-01736 | | | | |

RM # VE-6160  ·· (Rev 01/02)

PLEASE RETAIN FOR YOUR RECORDS

PLEASE
DO NOT
STAPLE
IN THIS
AREA

12980 FOSTER ST
SUITE 190
OVERLAND PA, KS  66213-2691

## HEALTH INSURANCE CLAIM FORM

| PICA | | | | | | | PICA |

| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN (SSN or ID) | FECA BLK LUNG (SSN) | OTHER (ID) | 1a. INSURED'S I.D. NUMBER (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | X (Sponsor's SSN) | (VA File #) | (SSN or ID) | (SSN) | (ID) | 508053094 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
RINEHART JAMES B

3. PATIENT'S BIRTH DATE  1968  SEX  X M  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
RINEHART LIBBY

5. PATIENT'S ADDRESS (No., Street)
15319 CONSER ST

6. PATIENT RELATIONSHIP TO INSURED
Self  Spouse  Child  Other X

7. INSURED'S ADDRESS (No., Street)
15319 CONSER ST

CITY  STANLEY  STATE  KS

8. PATIENT STATUS
Single  Married X  Other

CITY  STANLEY  STATE  KS

ZIP CODE  66223  TELEPHONE (Include Area Code)  (913) 402 6829

Employed  Full-Time Student  Part-Time Student

ZIP CODE  66223  TELEPHONE (INCLUDE AREA CODE)  (913) 402 6829

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
RINEHART JAMES B

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER
057270399

a. OTHER INSURED'S POLICY OR GROUP NUMBER
861142434

a. EMPLOYMENT? (CURRENT OR PREVIOUS)
YES  X NO

a. INSURED'S DATE OF BIRTH  SEX  M  F X

b. OTHER INSURED'S DATE OF BIRTH  SEX  M X  F
MM  DD  YY

b. AUTO ACCIDENT?  PLACE (State)
YES  X NO

b. EMPLOYER'S NAME OR SCHOOL NAME
CORPORATE NETWORK

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
PROGRESSIVE

d. INSURANCE PLAN NAME OR PROGRAM NAME
UNITED HEALTHCARE

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
X YES  NO  If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE  DATE  12/23/2005

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT:  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
12.08.2005

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM  TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
DAVID P HIGHTOWER

17a. I.D. NUMBER OF REFERRING PHYSICIAN
G00605

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  $ CHARGES
YES  X NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)

1. 784.0    3.

2.          4.

22. MEDICAID RESUBMISSION
CODE  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From MM DD YY To MM DD YY | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12022005 12022005 | 23 | 4 | 70450 | 26 | 1 | 162 00 | 1 | | X | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

25. FEDERAL TAX I.D. NUMBER  SSN EIN X
48-1200790

26. PATIENT'S ACCOUNT NO.
J0533601736

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
X YES  NO

28. TOTAL CHARGE
$ 162 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 162 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

MARK E IDSTROM MD  12/23/2005

SIGNED

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
ST LUKES SOUTH HOSPITAL
12300 METCALF AVENUE
OVERLAND PARK, KS  66213

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #
ALLIANCE RAD ST LUKES
PO BOX 804451
KANSAS CITY, MO  64180

PIN#  GRP#

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)    PLEASE PRINT OR TYPE    APPROVED OMB-0938-0008 FORM OMB-1500 (12-90)  FORM RRB-1500    APPROVED OMB-1215-0055 FORM OWCP-1500  APPROVED OMB-0720-0001 (CHAMPUS)

Restart # (    1) Form (50  Printed on Recycled Paper    SET 1    PAGE2

03-01-2021 12:57    JAMES SHETLAR 9136483357

**South**
SAINT LUKE'S HEALTH SYSTEM
300 Metcalf Ave. • Overland Park, KS 66213
saintlukeshealthsystem.org

December 15, 2005

00290

JAMES B RINEHART
15319 CONSER ST
STANLEY, KS 66223-2814

| Account Summary | |
|---|---|
| Date(s) of Service | 12/09/05 |
| Account Number | J05343-01396 |
| Name of Patient | JAMES B RINEHART |
| Total Charges on this account | $544.15 |
| Payments / Adjustments already made | $0.00 |
| The amount pending with insurance | $544.15 |

Dear Mr. JAMES B RINEHART,

Thank you for choosing Saint Luke's South Hospital for your Emergency Services.

Our records indicate that UHC CHOICE PLUS is your insurance payor. Once we have received payment, we will be sending you a bill for any remaining balance. If you feel you may have difficulty paying, the Hospital has a financial assistance policy for which you may qualify. Please call us if you have any concerns.

If we have difficulty collecting payment from your insurance company, we may send you a letter asking for help.

A brief summary of the services we provided on 12/09/05 is on the back of this letter. If any insurance information looks incorrect, or you have questions or concerns about your account, please call the numbers listed below. You may also visit our web site at www.saintlukeshealthsystem.org and click on "Patient eLink" to register free for eAccount Manager. When calling or writing, please provide your patient account number J05343-01396. This account number will assist us in providing timely accurate information.

Account Service Unit
(816) 932-5678 Local
1(888) 581-9401 Long Distance

Ayuda económica esta disponible para aquellos que califiquen.
Llámenos por favor para averiguar si puede calificar para asistencia. Gracias.

**Billing Information**

**Billing questions or changes to your insurance coverage?**
Phone (816) 932-5678 or 1 (888) 581-9401
Fax (816) 932-6207
www.saintlukeshealthsystem.org

**Insurance Information**

| **Primary** | **Group Number** |
|---|---|
| UHC CHOICE PLUS | 702260 |

| **Secondary** | **Group Number** |
|---|---|
| No secondary insurance on file | |

**Need to contact us or Make a Payment?**

To view your account or make payments online, go to saintlukeshealthsystem.org or, call (816) 932-5678. If calling long distance, 1 (888) 581-9401.

Summary of Services are on back of page    **EXHIBIT 3**

| Description | Charges billed to Insurance | Description | Charges billed to Insurance |
|---|---|---|---|
| EMERGENCY SERVICES | 283.00 | | |
| LABORATORY | 91.00 | | |
| PHARMACY | 83.15 | | |
| RESPIRATORY SERVICES | 87.00 | | |
| Total Charges Billed to Insurance | $544.15 | | |

In addition to the above hospital charges you may receive separate bills from your physician/surgeon and these providers:

Westport Anesthesia: (800) 583-1362
Western Missouri Radiology: (800) 288-4901
Emergency Room Physicians: (816) 968-1350
Saint Luke's Pathology: (888) 843-7215

## Payment Options

You have several payment options.

1. Check or Money Order.
2. MasterCard, VISA, Discover, American Express
3. Call for other payment arrangements.

## Financial Assistance

The hospital has a financial assistance policy for which you may qualify. The Income guidelines are based on Federal Poverty Limits. If your income is less than the limit for your family size, you may qualify for assistance.

Ayuda económica esta disponible para aquellos que califiquen. Llámenos por favor para averiguar si puede calificar para asistencia. Gracias.

## Frequently Asked Questions

Q. How much will my insurance pay?
A. Payment and coverage are determined based on the individual policy limits. Please refer to your policy handbook or call your insurance company's customer service number to determine what your individual policy will pay.

Q. What does my insurance cover?
A. Insurance policies are contracts between you and your insurer. The policy terms are individualized based on the services you purchase. Because there are so many individual policies, we do not keep coverage information on particular insurance companies. Please refer to your policy handbook to determine what services are covered.

Q. Why doesn't your hospital accept "Reasonable and Customary" payments from insurance companies?
A. We do not accept "Reasonable and Customary" payment because the calculation of the payment rates does not accurately reflect the costs associated with our services. All of our charges reflect our cost of operating an acute care hospital 24 hours per day 7 days per week.

# Saint Luke's Health System

saintlukeshealthsystem.org



Malcolm Bald...
**Nationa
Quality
Award**
Saint Luke's Hospital
**2003 Award
Recipient**

Farmers Insurance
PO Box 268994
Oklahoma City,  Ok  73126-8994
Attention:Nicole Scott

February 18, 2007

## NOTICE OF HOSPITAL LIEN

**Saint Luke's South Hospital,** 12300 Metcalf Ave., Overland Park, KS  66213 hereby notifies you that it claims a lien under the provisions of RSMO430.235 of the Missouri Hospital Law for services, drugs, medication and supplies, X-ray, laboratory and operating room services, furnished to:

James B Rinehart
_____
Patient (Injured Party)

15319 Conser St
_____
Street

Stanley,   Ks  66223
_____
City/State/Zip

**$5,126.00**
_____
Amount

who was injured on or about the      2nd      day of    December          2005

for which injuries    Samuel A Mason
_____    is alleged to be liable.

The insurance carrier is    Farmers Insurance, PO Box 268994, Oklahoma City, Ok 73126-8994
Claim:1007562161
_____
Acknowledgment of this Lien Notice is respectfully requested of you.

Acct. No.   J0614600799
_____

Acct. No.   _____

Acct. No.   _____

Acct. No.   _____

**SAINT LUKE'S SOUTH HOSPITAL**
Tax ID:48-1203262

BY:   *Nan Scott*
Nan Scott
Patient Accounts Representative
4401 Wornall Road
Kansas City, Missouri 64111

Phone    (816) 932-3942
Fax       (816) 932-9052

**EXHIBIT 4**

4401 Wornall Road,  Kansas  City, MO 64111 • Phone (816) 932-2000  Fax (816) 932-5990

4401 Wornall Road, Kansas City, MO 64111  • Phone: (816) 932-2000

Saint Luke's Health System is an Equal Opportunity Employer. Services are provided on a nondiscriminatory basis.

# Saint Luke's Health System

saintlukeshealthsystem.org

PROGRESSIVE INSURANCE
12980 FOSTER, SUITE # 190
OVERLAND PARK, KS. 66213
ATTN: Josh Daniels

*Copy*



Malcolm Baldrige
**National Quality Award**
Saint Luke's Hospital
**2003 Award Recipient**

August 8, 2006

## NOTICE OF HOSPITAL LIEN

**Saint Luke's South Hospital,** 12300 Metcalf Ave., Overland Park, KS .66213 hereby notifies you that it claims a lien under the provisions of RSMO430.235 of the Missouri Hospital Law for services, drugs, medication and supplies, X-ray, laboratory and operating room services, furnished to:

JAMES RINEHART
    Patient (Injured Party)

15319 Conser St.
            Street

Stanly, KS. 66223
    City/State/Zip

$ 3,724.00
        Amount

who was injured on or about the     12th     day of   December        2005

for which injuries   Progressive Insurance               Is alleged to be liable.

The insurance carrier is   Progressive Insurance; 12980 Foster, Ste. 190; Overland Park, KS. 66213
                Claim # 057270399-05

Acknowledgment of this Lien Notice is respectfully requested of you.

| | |
|---|---|
| Acct. No. | J0615801455 $2.984.00 |
| Acct. No. | J0615801455 $800.00 |
| Acct. No. | |
| Acct. No. | |

**SAINT LUKE'S SOUTH HOSPITAL**

BY: _____

Nancy Farrar
Patient Accounts Specialist

4401 Wornall Road
Kansas City, Missouri 64111

Phone   (816) 932-3942
Fax      (816) 932-9052



## Saint Luke's Health System

saintlukeshealthsystem.org



August 8, 2006

FARMERS INSURANCE
PO BOX 268994
OKLAHOMA CITY, OK. 73126-8994
ATTN: Nicole Scott

<u>**NOTICE OF HOSPITAL LIEN**</u>

**Saint Luke's South Hospital,** 12300 Metcalf Ave., Overland Park, KS  66213 hereby notifies you that it claims a lien under the provisions of RSMO430.235 of the Missouri Hospital Law for services, drugs, medication and supplies, X-ray, laboratory and operating room services, furnished to:

| JAMES RINEHART | 15319 Conser St. |
|---|---|
| Patient (Injured Party) | Street |

| Stanly, KS.  66223 | $ 3,724.00 |
|---|---|
| City/State/Zip | Amount |

who was injured on or about the      12th      day of    December      2005

for which injuries   Samuel A. Mason                      Is alleged to be liable.

The insurance carrier is    Farmers Insurance; PO Box 268994; Oklahoma City, OK. 73126-8994
Claim # 1007562161

Acknowledgment of this Lien Notice is respectfully requested of you.

**SAINT LUKE'S SOUTH HOSPITAL**

BY:

| Acct. No. | J0615801455 $2,984.00 |
|---|---|
| Acct. No. | J0615801455 $800.00 |
| Acct. No. | |
| Acct. No. | |

Nancy Farrar
Patient Accounts Specialist

4401 Wornall Road
Kansas City, Missouri 64111

Phone   (816) 932-3942
Fax       (816) 932-9052

4401 Wornall Road,  Kansas  City, MO 64111 • Phone (816) 932-2000  Fax (816) 932-5990
4401 Wornall Road, Kansas City, MO 64111  • Phone: (816) 932-2000

# Saint Luke's Hospital of Kansas City

**S A I N T   L U K E ' S   H E A L T H   S Y S T E M**



saintlukeshealthsystem.org

December 16, 2005

Progressive Insurance
12980 Foster, Suite 190
Overland Park, KS  66213

## NOTICE OF HOSPITAL LIEN

**Saint Luke's South Hospital,** 12300 Metcalf Avenue, Overland Park, KS 66213, hereby notifies you that it claims a lien under the provisions of the Kansas Hospital Law for services, drugs, medication and supplies, X-ray, laboratory and operating room services, furnished to:

| James Rinehart | 15319 Conser St. |
|---|---|
| Patient (Injured Party) | Street |

| Stanley, KS  66223 | **$2,563.65** |
|---|---|
| City/State/Zip | Amount |

Who was injured on or about the   2nd   day of   December   2005
                                                        Month                Year

For which injuries    Progressive Insurance, claim        Is alleged to be liable.
                              #505053094

The insurance carrier is    Progressive Auto, 12980 Foster, Suite 190, Overland Park, KS  66213

Acknowledgment of this Lien Notice is respectfully requested of you.

Acct. No.    J05336-01736
                  $2,563.65

Acct. No.    _____

Acct. No.    _____

Acct. No.    _____

Acct. No.    _____

Acct. No.    _____

**SAINT LUKE'S SOUTH, OVERLAND PARK, KS
TAX ID #48-1203262**

BY:    *Nan Scott*

Nan Scott
Patient Account Representative

4401 Wornall Road
Kansas City, Missouri 64111

Phone    (816) 932-3942
Fax        (816) 932-9052

**4401 Wornall Road, Kansas City, MO 64111  •  Phone: (816) 932-2000**

Saint Luke's Health System is an Equal Opportunity Employer. Services are provided on a nondiscriminatory basis.

US CENTRAL          Fax:9132276284          Oct 16 2007  11:53      P.02

P.O. BOX 16568
RAYTOWN, MO 64133
October 11, 2007

**VENTURE FINANCIAL SERVICES, INC.**
P.O. Box 16568
6158 Raytown Trafficway
Raytown, MO 64133
816-356-9993

ADDRESS SERVICE REQUESTED

#BWNFTZF #VFS6379860107108#

|||I||I||II||II||II||II||II||II||II||II||

JAMES B RINEHART 1012138 - 20
RINEHART JAMES B
15319 CONSER ST
STANLEY KS 66223-2814

CREDITOR: SAINT LUKES SOUTH - 3P
AMOUNT DUE:  $5279.76
INTEREST AMOUNT: $153.76
REF: 0614600799J
                                    ****

$183.00 IS TOTAL INTEREST
$6284.80 IS THE TOTAL OF ALL
ACCOUNTS AT OUR OFFICE. THIS
INCLUDES THE CREDITOR ABOVE.

---

This account has been placed in our office to assist in resolving the balance shown above. We show that a third party may be liable to you for your injuries and we are evaluating that information. However, you are ultimately responsible to the creditor so please review this notice:

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days from receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or a copy of a judgement and mail you a copy. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

Financial assistance is available to those that qualify. Please call the hospital, clinic or physician group that provided services to find out if you may qualify.

---

PLEASE ENCLOSE THIS PORTION WITH YOUR PAYMENT

1012138 - 20
JAMES B RINEHART
RINEHART JAMES B
15319 CONSER ST
STANLEY KS 66223-2814

October 11, 2007

If paying by credit card (check one):

VISA [ ]                     MASTERCARD [ ]

DISCOVER [ ]                 AMERICAN EXPRESS [ ]

Name on Card _____

Card # _____

VENTURE FINANCIAL SERVICES, INC.
P.O. BOX 16568
RAYTOWN, MO 64133-0568

**EXHIBIT 5**

Amount $ _____   Exp. Date _____

Signature _____

VF955-1011A200210-JI9G-8 238

## Venture Financial Services, Inc.
P.O. Box 16568  9500 E 63rd St Suite 202  Raytown, Mo 64133
816-356-9993

### Transmittal Sheet
11/23/09

### Confidential Health Information Enclosed

Health Care Information is personal and sensitive information related to a person's health care. It is being faxed to you after appropriate authorization from the patient or under circumstances that do not require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without additional patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

TO:  JAMES R.SHETLAR LAW OFFICES,P.A
    FAX# 913-648-3357
    ATTN:JAMES R. SHETLAR

FM:  Venture Financial Services Inc
    Amy Oates

RE: JAMES B.RINEHART (0614600799J)&(0615801455J)

REMARKS: I have recieved your check for amt of $3500, this satisfies two St.Lukes's South Hospital Liens for Reference#'s 0614600799J & 0615801455J.

Thank you for your cooperation in this matter.

There will be 0 page following this transmittal

Fax (816) 595-7219

Important Warning: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this message by error, please notify us immediately and destroy the related message.

# EXHIBIT 6